ORIGINAL

**FORM 2**
**COVER SHEET**

RECEIVED

MAR 20 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Westech International, Inc.

07-186 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): CAROLYN CALLAWAY

Firm Name: CAROLYN CALLAWAY, P.C.

Post Office Box: P.O. Box 50099

Street Address: 1428 Catron Ave SE (87123)

City-State-Zip: Albuquerque NM 87181-0099

Telephone & Facsimile Numbers: 505-291-9774 FAX 505-292-0144

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 4 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O E
See attached sheet for three-digit codes.

Amount Claimed: $ ____________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 22 million
Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.