# In the United States Court of Federal Claims

No. 07-186C
(Filed: March 22, 2007)

| | |
|---|---|
| WESTECH INTERNATIONAL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

Plaintiff filed a Post-Award Procurement Protest Complaint on March 20, 2007. On March 22, 2007, the court held a scheduling conference pursuant to Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"). Participating in the telephonic status conference were Carolyn Callaway for plaintiff and William Rayel for defendant.

Defendant proposed that the court stay the proceedings in this case, pending the outcome in a directly related case, Protection Strategies, Inc. v. United States, 07-125C. Defendant stated that if plaintiff in Protection Strategies is successful, then plaintiff's claims in the case sub judice would become moot because plaintiffs in both cases seek similar relief, including for the performance of the contract to be enjoined, for the solicitation to be re-opened, and for the agency to reevaluate the offers submitted under the solicitation. Plaintiff opposed a stay, asserting that it wanted to proceed expeditiously. The court agrees with plaintiff. It would be unfair to plaintiff to stay the instant proceedings pending the outcome in Protection Strategies given that plaintiff Protection Strategies has indicated its intent to pursue discovery. In contrast, the case sub judice will be decided on the administrative record.

As a result of the court's refusal to issue a stay in the proceedings, the parties agreed as follows:

1. Defendant shall file the administrative record **no later than Tuesday, April 10, 2007**. Defendant may file the administrative record with the clerk's office on CD-ROM. In addition, by the same date, defendant shall provide to chambers **two bound courtesy copies** of the administrative record.

2. The parties agreed that after the administrative record is filed, they would confer

and file a joint status report **no later than Tuesday, April 17, 2007**, setting forth a proposed schedule for further proceedings.

In addition to the above, the court directs the following:

1. Should the parties require the entry of a protective order, they shall file the appropriate motion pursuant to RCFC Appendix C, **as soon as possible**.

2. The clerk's office shall mail a courtesy copy of this order to the company that was awarded the contract, PAI Corporation at 116 Milan Way, Oak Ridge, TN 37830-6913.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge