# In the United States Court of Federal Claims

No. 07-186C
(Filed: March 27, 2007)

***********************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 27, 2007, defendant filed an Unopposed Motion for a Protective Order and Authorization to File Sealed Documents Electronically. **Defendant's motion is GRANTED.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge