# In the United States Court of Federal Claims

No. 07-186C
(Filed: March 29, 2007)

```
***********************************
WESTECH INTERNATIONAL, INC.,      *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On March 27, 2007, plaintiff filed an application for access to information under protective order. Ms. Callaway is a member of the bar of the United States Court of Federal Claims. Ms. Callaway functions solely as legal counsel for plaintiff and is not involved in competitive decision-making.

Under the protective order, paragraph 2(a)(i), legal counsel for a party to the lawsuit is permitted access to the protected information covered by the protective order. Therefore, plaintiff's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge