IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTECH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-186C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and this Court's March 22, 2007 Scheduling Order, defendant provides this notice that it is filing the administrative record of the proceedings regarding plaintiff's protest of the agency's award at issue in this matter on CD-ROM and providing two bound courtesy copies to chambers.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
by Harold D. Lester, Jr.
DONALD E. KINNER
Assistant Director

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

April 10, 2007

Attorneys for Defendant