IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTECH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-186C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 22, 2007 order, the parties respectfully submit this joint status report recommending a schedule for further proceedings in this matter:

1) Plaintiff would file its Motion for Judgment on the Administrative Record no later than May 9, 2007.

2) Defendant would file its Response to plaintiff's Motion for Judgment on the Administrative Record and Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than May 31, 2007.

3) Plaintiff would file its Reply to defendant's Response to plaintiff's Motion for Judgment on the Administrative Record and Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than June 14, 2007.

4) Defendant would file its Reply to plaintiff's Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than June 28, 2007.

5) Oral argument would be set at the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner, Jr.
DONALD E. KINNER
Assistant Director

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

Attorneys for Defendant

/s/ Carolyn Callaway
Carolyn Callaway
Attorney for Westech International, Inc.
CAROLYN CALLAWAY, P.C.
P.O. Box 50099
Albuquerque, NM 87181-0099
(505) 291-9774
(505) 292-0144 - facsimile
ccwes@aol.com

April 17, 2007