# In the United States Court of Federal Claims

No. 07-186C
(Filed: April 19, 2007)

************************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On April 17, 2007, the parties filed their joint status report setting forth a briefing schedule. The court adopts the parties briefing schedule as follows:

1. Plaintiff shall file its Motion for Judgment on the Administrative Record no later than Wednesday, May 9, 2007.

2. Defendant shall file its Response to plaintiff's Motion for Judgment on the Administrative Record and Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than Thursday, May 31, 2007.

3. Plaintiff shall file its Reply to defendant's Response to plaintiff's Motion for Judgment on the Administrative Record and Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than Thursday, June 14, 2007.

4. Defendant shall file its Reply to plaintiff's Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than June 28, 2007.

The court will contact the parties to schedule oral argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge