# In the United States Court of Federal Claims

No. 07-186C
(Filed: May 3, 2007)

```
***********************************
WESTECH INTERNATIONAL, INC.,      *
                                  *
               Plaintiff,         *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

**ORDER**

On May 1, 2007, defendant electronically filed under seal its Unopposed Motion to Supplement the Administrative Record, along with the documents to supplement the record. In the motion, defendant represents that plaintiff has requested that the record be supplemented with the additional documents. **Accordingly, defendant's Unopposed Motion to Supplement the Administrative Record is GRANTED.**

Pursuant to General Order No. 42A, sealed documents may not be filed electronically unless first allowed by the assigned judge. **From hereon, the undersigned permits the parties to file future sealed documents electronically.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge