# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

**WESTECH INTERNATIONAL, INC.,**

**Plaintiff**

**THE UNITED STATES,**

**Defendant.**

**No. 07-186C**
**(Judge Sweeney)**

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RELATED PLEADINGS

In accordance with RCFC 6.1, Plaintiff requests an enlargement of time to file its Motion for Judgment on the Administrative Record. Plaintiff requests an additional five days, from Wednesday, May 9, until Monday, May 14, 2007. This is the first request for an enlargement of time for the submission of the Motion for Judgment on the Administrative Record.

Plaintiff requests this enlargement of time because Plaintiff's counsel received the Defendant's supplement to the Administrative Record late on May 1 and was out of town to conduct depositions in an unrelated matter for the remainder of that week. Opposing counsel does not oppose this extension.

If this extension is granted, the parties request that the time for subsequent responses and replies each be extended four days as follows:

Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record and Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record from Thursday, May 31, to Monday, June 4, 2007.

Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record and Response to Defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record from Thursday, June 14 to Monday, June 18, 2007.

Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record from Thursday, June 28 to Monday, July 2, 2007.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

/s/ Carolyn Callaway
Attorney for Westech International, Inc.
CAROLYN CALLAWAY, P.C.
P.O. Box 50099
Albuquerque, NM 87181-0099
(505) 291-9774
(505) 292-0144 – facsimile
ccwes@aol.com

Dated: May 8, 2007

CERIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2007, a copy of the foregoing

*PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RELATED PLEADINGS*

was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Carolyn Callaway
Attorney for Westech International, Inc.