# In the United States Court of Federal Claims

No. 07-186C
(Filed: May 11, 2007)

***********************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On May 8, 2007, plaintiff filed an unopposed motion for enlargement of time to file its motion for judgment on the administrative record. Plaintiff stated that additional time would be required to review the supplement to the administrative record filed on May 1, 2007. **Accordingly, the court GRANTS plaintiff's Unopposed Motion for Extension of Time to File its Motion for Judgment on the Administrative Record.**

The parties suggested a modified briefing schedule, which the court adopts as follows:

1. Plaintiff shall file its Motion for Judgment on the Administrative Record no later than **Monday, May 14, 2007.**

2. Defendant shall file its Response to plaintiff's Motion for Judgment on the Administrative Record and Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than **Monday, June 4, 2007.**

3. Plaintiff shall file its Reply to defendant's Response to plaintiff's Motion for Judgment on the Administrative Record and Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than **Monday, June 18, 2007.**

4. Defendant shall file its Reply to plaintiff's Response to defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record no later than **Monday, July 2, 2007.**

The court will contact the parties to schedule oral argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge