# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| WESTECH INTERNATIONAL, INC., Plaintiff | No. 07-186C |
| THE UNITED STATES, Defendant. | (Judge Sweeney) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

In accordance with RCFC 6.1, Plaintiff requests an enlargement of time to file its Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record and Response to Defendant's Motion for Judgment on the Administrative Record. Plaintiff requests an additional fourteen days, from Monday, June 18, until Monday, July 2, 2007. This is the first request for an enlargement of time for this particular act.

Plaintiff requests this enlargement of time because the husband of Plaintiff's counsel died on June 2, 2007, and family matters have required her absence from the practice of law for a short period. Opposing counsel does not oppose this extension.

If this extension is granted, the parties request that the time for subsequent responses and replies be extended fourteen days as follows:

> Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss/Cross-Motion for Judgment on the Administrative Record from Monday, July 2, 2007, to Monday, July 16, 2007.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

/s/ Carolyn Callaway
Attorney for Westech International, Inc.
CAROLYN CALLAWAY, P.C.
P.O. Box 50099
Albuquerque, NM 87181-0099
(505) 291-9774
(505) 292-0144 – facsimile
ccwes@aol.com

Dated: June 11, 2007

CERIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2007, a copy of the foregoing

*PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD*

was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Carolyn Callaway
Attorney for Westech International, Inc.