# In the United States Court of Federal Claims

No. 07-186C
(Filed: June 12, 2007)

***********************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 4, 2007, defendant filed its Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion for Judgment on the Administrative Record ("defendant's motion"). The Clerk of the Court noted two defects with defendant's motion. Specifically, the Clerk noted that pursuant to Rule 5.2(a)(1)(A) of the Rules of the United States Court of Federal Claims, the table of contents/index to the appendix is missing and the defendant's attachment should have been listed in the table of contents as an exhibit.

Accordingly, the court directs the Clerk to file by leave defendant's motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge