# In the United States Court of Federal Claims

No. 07-186C
(Filed: June 13, 2007)

*************************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

## ORDER

On June 11, 2007, plaintiff filed an unopposed motion for enlargement of time to file its Reply to defendant's Response to plaintiff's Motion for Judgment on the Administrative Record and its Response to defendant's Motion for Judgment on the Administrative Record. Plaintiff stated that additional time is necessary because of a death in plaintiff's counsel's family. The court expresses its condolences for plaintiff's counsel and her family. If counsel determines that additional time is necessary, the court will look favorably upon a motion to modify the parties' briefing schedule.

**Accordingly, the court GRANTS plaintiff's Unopposed Motion for Extension of Time to File its Reply to defendant's Response and its Response to defendant's Motion.**

The parties suggested a modified briefing schedule, which the court adopts as follows:

1. Plaintiff shall file its Reply to defendant's Response to plaintiff's Motion for Judgment on the Administrative Record and its Response to defendant's Cross-Motion for Judgment on the Administrative Record no later than **Monday, July 2, 2007.**

2. Defendant shall file its Reply to plaintiff's Response to defendant's Motion for Judgment on the Administrative Record no later than **Monday, July 16, 2007.**

The court will contact the parties to schedule oral argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge