# In the United States Court of Federal Claims

No. 07-186C
(Filed: June 14, 2007)

***********************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 11, 2007, plaintiff filed a redacted version for public release of its motion for judgment on the administrative record. The court reminds the parties that when the parties file redacted documents through the court's Case Management/Electronic Case Filing System (CM/ECF), the parties shall select the "Other Documents" menu, and then select "Redacted Document."

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge