# In the United States Court of Federal Claims

No. 07-186C
(Filed: August 15, 2007)

***********************************
WESTECH INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, as soon as possible to schedule oral argument on the parties' cross-motions for judgment upon the administrative record.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge