# In the United States Court of Federal Claims

**No. 07-186C**

**WESTECH INTERNATIONAL, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed October 24, 2007, denying plaintiff's Motion for Judgment on the Administrative Record and granting defendant's Cross-Motion for Judgment on the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

October 25, 2007 By: s/Mark Busby

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.