# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| **WESTECH INTERNATIONAL, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | **No. 07-186C** |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S CERTIFICATION OF DESTRUCTION

In accordance with the protective order issued by the Court in this matter, plaintiff's counsel certifies that all protected materials have been destroyed except for a properly marked and secured copy of the unredacted pleadings.

Respectfully submitted,

/s/ Carolyn Callaway
Attorney for Westech International, Inc.
CAROLYN CALLAWAY, P.C.
P.O. Box 50099
Albuquerque, NM 87181-0099
(505) 291-9774
(505) 292-0144 – facsimile
ccwes@aol.com

Dated: December 20, 2007

CERIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing

**PLAINTIFF'S CERTIFICATION OF DESTRUCTION**

was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Carolyn Callaway
Attorney for Westech International, Inc.